SCHALL, Circuit Judge.

*ORDER*

Alton B. Hornback petitions for a writ of mandamus to direct the Court of Federal Claims to issue an opinion in Hornback's case, 99-38C.*

Upon consideration thereof,

IT IS ORDERED THAT:

The petition is denied.

---

* We note that the trial judge assigned to Hornback's case died on August 7, 2001 and that the Court of Federal Claims will be reassigning Hornback's case in the usual course of business of the court.